UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHERI WESTPHAL AND ROBERT
WESTPHAL, individually, and the marital
community composed thereof,

                              Plaintiffs,

        v.

THE KROGER CO., an Ohio Corporation,
FRED MEYER STORES, INC., an Ohio
Corporation, DOE CONTRACTORS 1-5, and
DOE CORPORATIONS 1-5,

                              Defendants.

Case No. 2:25−cv−01873−RSM

ORDER GRANTING STIPULATED
MOTION CONTINUING TRIAL DATE

        This matter, having come before the undersigned Judge based on the stipulated motion of the parties to continue the trial and the remaining case schedule; and, the Court being aware of the circumstances, having reviewed the files herein, and being fully advised on the premises, it is hereby ORDERED that the trial of this matter is continued to February 16, 2027.  A revised scheduling order will be issued.

        DATED this 26th day of May, 2026.


                              _____
                              RICARDO S. MARTINEZ
                              UNITED STATES DISTRICT JUDGE


ORDER GRANTING STIPULATED MOTION
CONTINUING TRIAL DATE FOR CAUSE AND
AMEND PENDING DATES - 1